# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CXENSE, INC.,**  Plaintiff,  v.  **GERALDO STEIN MARONIENE, NVG PARTICIPAÇÕES S.A. d/b/a NAVEGG and DENTSU AEGIS NETWORK LTD.,**  Defendants. | Civil Action No.: 3:16-cv-30118-MGM  **CORPORATE DISCLOSURE STATEMENT** |

In accordance with Fed. R. Civ. P. 7.1 and Local Rule 7.3(A), Defendants NVG Participações S.A., doing business as Navegg, ("Navegg") and Dentsu Aegis Network Ltd. ("DAN") hereby make the following disclosures:

1. Amnet Servicos de Publicidade Ltd. ("Amnet") is the parent company of Navegg;

2. No publicly held company directly owns 10% or more of Navegg's stock; and

3. DAN is 100% owned by Dentsu, Inc., a publicly traded company.

Dated: New York, New York  
       September 9, 2016

Respectfully submitted,

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By:   /s/ Eric Raphan  
      Eric Raphan (admitted *pro hac vice*)  
      Lisa Lewis  (BBO No. 647337)  
      30 Rockefeller Plaza  
      New York, New York 10112  
      Telephone:  (212) 653-8700  
      Facsimile:  (212) 653-8701  
      eraphan@sheppardmullin.com  
      lmlewis@sheppardmullin.com

*Attorneys for NVG Participações S.A. and Dentsu Aegis Network Ltd.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 9, 2016.

      /s/ Eric Raphan
      Eric Raphan

      Eric Raphan (admitted *pro hac vice*)
      Lisa M. Lewis (BBO No. 647337)
      Sheppard, Mullin, Richter & Hampton, LLP
      30 Rockefeller Plaza, 39th Floor
      New York, New York 10112
      Telephone: (212) 653-8700
      Facsimile: (212) 653-8701

*Attorneys for Defendants NVG Participações S.A. and Dentsu Aegis Network Ltd.*